# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
www.bursor.com

YITZCHAK KOPEL
Tel: **646.837.7150**
Fax: **212.989.9163**
ykopel@bursor.com

April 19, 2024

*The request to adjourn the Initial Conference is GRANTED. The Initial Conference is rescheduled to May 30, 2024 at 4:00 p.m. Parties are directed dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.*

*Via ECF*

The Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   *Vincent v. National Debt Relief LLC*, Case No. 1:24-cv-00440-LJL

*April 22, 2024*

Dear Judge Liman:

    I represent Plaintiff Gilda Vincent ("Plaintiff") in the above-mentioned matter. Along with with counsel for Defendant National Debt Relief LLC ("Defendant"), the parties jointly write pursuant to Section 1.D of Your Honor's Individual Practices in Civil Cases to request a 30-day adjournment of the Initial Pretrial Conference currently set for April 26, 2024, at 4:00 p.m. *See* ECF No. 11. The reason for the request is because the parties have been discussing the potential for early resolution and require additional time to determine whether resolution is possible. As such, the parties do not wish to expend the Court's resources during the pendency of those discussions.

    There have been no previous requests to adjourn the Initial Pretrial Conference. The requested adjournment affects no other scheduled dates. This is the first request to adjourn the Initial Pretrial Conference, and Defendant joins in the request.

    Thank you for your consideration to this matter.

Respectfully,

Yitzchak Kopel

cc:  All counsel of record via ECF