**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GILDA VINCENT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NATIONAL DEBT RELIEF LLC,

Defendant.

Case No. 1:24-cv-00440-LJL

**NOTICE OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

PLEASE TAKE NOTICE that, for the reasons stated in the accompanying Memorandum of Law, defendant National Debt Relief LLC will apply to this Court, before the Honorable Lewis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl St, New York, New York, 10007, on such date and time as the Court will determine, for an Order, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. compelling Plaintiff Gilda Vincent to arbitrate her claims against NDR pursuant to the parties' arbitration agreement, to stay this action pending resolution of the parties' arbitration, and for such other and further relief as the Court deems just and proper.

Defendant's Motion to Compel Arbitration and to Stay Proceedings is made following undersigned counsel's conferral in good faith with Plaintiff's counsel regarding the relief sought herein.

Dated: New York, New York
April 25, 2024

By: */s/ Beth-Ann Krimsky*
**GREENSPOON MARDER LLP**
BETH-ANN E. KRIMSKY
NY Bar No. 2321115; FL Bar No. 968412
Email: beth-ann.krimsky@gmlaw.com
Email: clemencia.corzo@gmlaw.com

JESSICA B. SANDER
NY Bar No. 4750725; FL Bar No. 43154
Primary E-mail: jessica.sander@gmlaw.com
Secondary E-mail: gabby.mangar@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 524-2427

*Attorneys for Defendant, National Debt Relief LLC*